**IT IS SO ORDERED.**



ENTERED UNDER ADMINISTRATIVE ORDER NO. 06-2
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Eunice Ramsey_____
                **Deputy Clerk**

**Dated: June 30, 2010**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re:* PAT DAVID HADLEY

        *Debtor(s)*

Case No: 10-16024

Chapter 7

Judge Pat E. Morgenstern-Clarren

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

___ file a plan within the time required by Bankruptcy Rule 3015.

___ file schedules and statements as required by 11 U.S.C. § 521(1) within the time required by Bankruptcy Rule 1007(c).

**X** file a Declaration re Electronic Filing of Documents as required by General Order 02-2.

___ file a Form B21 as required by Bankruptcy Rule 1007(f).

___ file the mailing matrix/list of creditors

___ pay the appropriate filing fee     ___ $274 for Chapter 13     ___ $299 for Chapter 7.

___ pay filing fee installment(s) as required by this Court's order.

___ file the correct petition (Official Form 1 4/10).

___ file Certificate of Credit Counseling as required by 11 U.S.C. § 521 (b)(1).

___ file Means Test as required by 11 U.S.C. § 521 (a)(1), Bankruptcy Rule 1007 (b) & (c).

___ file Form B201 Notice to Individual Consumer Debtor Under § 342 (b), as required by 11 U.S.C. § 521 (a)(1).

___ file Statement Disclosing Attorney Compensation as required by 11 U.S.C. § 330; Bankruptcy Rule 2016 (a).

___ file Statement Disclosing Petition Preparer Compensation as required by 11 U.S.C. § 110 (h).

___ file Exhibit D to Official Form 1 as required by Bankruptcy Rule 1007(b)(3) & (c).

___ Other:

WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for **July 29, 2010 at 8:30 a.m.**, Courtroom 2A, 201 Superior Avenue, Howard M. Metzenbaum Bldg, U.S. Courthouse, Cleveland, OH 44114, and show cause why this case should not be dismissed or converted to a case under § 707(a) or (b), § 1112(a) or (b), or § 1307(c) for the failure(s) described above.

**FILING THE DOCUMENTS OR PAYING THE FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: erams              Page 1 of 1              Date Rcvd: Jun 30, 2010
Case: 10-16024                Form ID: pdf755          Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 02, 2010.
```
db           +Pat David Hadley,   1563 Warrens Ville Center Rd,   Clevland, OH 44121-2646
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2010**                    Signature:  *Joseph Speetjens*