United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Pamela I. Theodotou          **Case Number:** 10–16024–pmc

**Debtor(s):** Pat David Hadley          **Judge:** PAT E MORGENSTERN–CLARREN

**Re:** ☐ Orders for Judge's Consideration  ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 14 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons.

☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state.

☐ Answer was filed before order.

☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect.

☐ Attorney name block required on . Name block must include attorney name,
firm, address, telephone number, and Northern District of Ohio bar registration number.

☐ Bar registration number required on .

☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.

☐ Case is closed. You must re–open the case by submitting a motion, order and filing fee of $ .

☐ Certificate of service indicating name and address of parties served and date of service.

☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.

☐ Filing Fees ☐ payment required ☐ incorrect fee paid.

☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing
time/date/location.

☐ Incorrect ECF Event Code.

☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.

☐ Legal Property Description with Permanent Parcel Number.

☑ Official Form 23 (12/10) must be filed within 14 days or the case may be closed without the issuance of the
discharge order.

☐ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.

☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.

☐ Petition ☐ not Official Form 4/10 ☐ incomplete ☐ needs signature.

☐ Petition for Unclaimed Funds and Order Thereon does not comply with General Order 90–1 and further action is
required.

☐ Exhibit A is not attached ☐ Social Security/Tax I.D. No. Must be in Exhibit A ☐ Copy of trustee's Transmittal
of Unclaimed Funds depositing the funds into Treasury as unclaimed, or the receipt to the trustee and a list of
parties entitled to the unclaimed funds must be appended. ☐ In the future, please include: ☐ (a) correct case
number and caption. ☐ (b) correct judge.

☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order
without factual findings.

☐ Signature ☐ original required.    ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor.

☐ Other. See comments/instructions.

**Comments/Instructions:**

**Deputy Clerk: /s/ Greg Nunn**
**Date:** December 29, 2010                                              **Form:** ohnb140